IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Daniel George Brown | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-4600 |
| v. | : | |
| Immigration and Naturalization Service | : | |
| Respondent. | : | |

### ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.

_____
SUSAN R. BECKER
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215)861-8310
Fax: (215)861-8642

Dated: July 15, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Daniel George Brown
>#54090-066
>MDC Brooklyn
>80-29 Street
>Brooklyn, NY 11232
>
>Pro se

                                              _____
                                              SUSAN R. BECKER
                                              Assistant United States Attorney

Dated: July 15, 2002