```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL GEORGE BROWN              :        CIVIL ACTION
                                 :
        v.                       :
                                 :
IMMIGRATION & NATURALIZATION     :
SERVICE                          :        NO. 02-4600
```

ORDER

AND NOW, this 22nd day of July, 2002, upon consideration of the petition for a writ of habeas corpus of Daniel George Brown pursuant to 28 U.S.C. § 2241, it is hereby ORDERED that the Government shall RESPOND to the petition by August 12, 2002.

                        BY THE COURT:


                        _____
                        Stewart Dalzell, J.