```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DANIEL GEORGE BROWN             :        CIVIL ACTION
                                :
       v.                       :
                                :
IMMIGRATION & NATURALIZATION    :
SERVICE                         :        NO. 02-4600

<u>ORDER</u>

AND NOW, this 29th day of July, 2002, upon consideration of the epistolary request of the Government for an extension of time to respond to Daniel George Brown's § 2241 habeas petition, and the Government representing that it is still in the process of gathering necessary information from Brown's immigration and criminal case files, and that the Assistant United States Attorney will be on vacation from August 2 to August 12, 2002, and the Government also representing that Brown's order of deportation runs successively with his criminal prison sentence, so prejudice will not flow from granting the Government the extension it requests, it is hereby ORDERED that the request for an extension is APPROVED and the Government shall RESPOND to the § 2241 habeas petition by September 12, 2002.

                          BY THE COURT:


                          _____
                          Stewart Dalzell, J.