IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL GEORGE BROWN | : | CIVIL ACTION |
| v. | : | |
| IMMIGRATION & NATURALIZATION SERVICE | : | NO. 02-4600 |

ORDER

AND NOW, this 13th day of September, 2002, upon consideration of the request of pro se § 2241 habeas petitioner Daniel George Brown for leave to file a reply brief, it is hereby ORDERED that the request is APPROVED and petitioner may FILE a reply to "Government's Response in Opposition to Petition for Writ of Habeas" Corpus by October 8, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.