```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DANIEL GEORGE BROWN | : | CIVIL ACTION |
| v. | : | |
| IMMIGRATION & NATURALIZATION SERVICE | : | NO. 02-4600 |

### ORDER

AND NOW, this 7th day of October, 2002, upon consideration of the request of Daniel George Brown for an enlargement of time to file a reply on his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and the Government having no objection, it is hereby ORDERED that the request is APPROVED and Daniel George Brown may FILE a reply by November 4, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.